UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GALAXY TOWERS CONDOMINIUM ASSOCIATION,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**LOCAL 124 I.U.J.A.T.,**<br><br>　　　　**Defendant.** | 11-CV-04726 (WJM)<br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

　　**THIS MATTER** having been opened by way of Plaintiff Galaxy Towers Condominium Association's Verified Complaint in Support of an Order to Show Cause, filed in the Superior Court of New Jersey, Chancery Division, County of Hudson, Docket No. C-102-11, seeking vacatur of an arbitration award by way of summary action pursuant to N.J.S.A. 2A:24-1, et seq. and Rule 4:67-1(a); and the Order to Show Cause having been entered by Judge Thomas P. Olivieri, P.J.Ch. on July 18, 2011; and Defendant Local 124 I.U.J.A.T. having filed a Notice of Removal on August 16, 2011; and the Court finding that this is not an emergent matter requiring a hearing;

　　**IT IS** on this 18th day of August 2011, hereby,

　　**ORDERED** that the deadlines set in the July 18, 2011 Order are adjusted as follows:

　　(1) Defendant to submit opposing papers by August 29, 2011; and

　　(2) Plaintiff to submit reply, if any, by September 6, 2011; and it is

　　**FURTHER ORDERED** that the Court's decision shall be made on the papers and

that no appearances will be required unless notified by the Court.


                                            /s/ William J. Martini  
                                            **WILLIAM J. MARTINI, U.S.D.J.**